# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| LORRAINE SAINT PIERRE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Docket no. 2:21-cv-00300-GZS ) |
| NFG HOUSING PARTNERS LP et al., | ) ) ) |
| Defendants. | ) ) |

## ORDERING AFFIRMING RECOMMENDED DECISON

The United States Magistrate Judge filed with the Court on November 22, 2021, his Recommended Decision After Review of Complaint Pursuant to 28 U.S.C. § 1915(e) & Order Regarding Pending Motions (ECF No. 12).  No objections have been filed and Plaintiff has most recently made a filing indicating that she "has accepted" the rulings contained in the Recommended Decision.  (See ECF No. 14, PageID # 129.)

The Court has made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision and concurs with the recommendations of the Magistrate Judge for the reasons set forth in that order.  As a result, the Court determines that no further proceedings are necessary with respect to this Recommended Decision.

It is therefore **ORDERED** that:

1. The Recommended Decision (ECF No. 12) is hereby **AFFIRMED**.
2. Plaintiff's claims under the ADA, Exec. Order 12,898, 59 Fed. Reg 7629, and the HUD Occupancy Handbook are **DISMISSED** with prejudice.
3. Plaintiff's claim under 14 M.R.S.A. § 6021 is **DISMISSED** without prejudice.
4. Plaintiff's claims of disability discrimination and retaliation pursuant to federal and state fair housing laws shall proceed.

5. The deadline for service of the Complaint is **ENLARGED** to 90 days from the date of this Order.

6. The stay on briefing related to Plaintiff's Motion for Supplemental Jurisdiction (ECF No. 9) is hereby lifted and Defendants shall respond to this Motion on or before January 7, 2022.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 20th day of December, 2021.