UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **LORRAINE SAINT PIERRE,** | ) |
| Plaintiff | ) ) ) |
| v. | ) ) No. 2:21-cv-00300-GZS ) |
| **NFG HOUSING PARTNERS LP et al.,** | ) ) ) ) |
| Defendants | ) |

**ORDER ON MOTION TO COMPEL**

Before me is Plaintiff Lorraine Saint Pierre's motion to compel Defendants NFG Housing Partners LP and Preservation Management, Inc. (PMI), to produce documents related to (1) NFG's loan with "a bank in Boston," (2) NFG's contract with Zachau Construction Company for work on Saint Pierre's former apartment complex, and (3) NFG's "contract for service" with PMI. ECF No. 40 at 2; *see* ECF No. 40-1; Fed. R. Civ. P. 37(a).

As a threshold matter, Saint Pierre's motion must be denied because she filed it "without the prior approval of a judicial officer," in contravention of Local Rule 26(b). Even if Saint Pierre had complied with the Local Rules, however, I would still deny her motion on the merits. Contrary to Saint Pierre's arguments, NFG and PMI adequately responded and explained their objections to her discovery requests, *see* ECF Nos. 40-2, 43; Fed. R. Civ. P. 34(b)(2), and she has failed to cogently explain how the documents she now seeks are relevant and proportional to her claims of retaliation and disability discrimination, *see* ECF Nos. 1, 12, 15, 40, 51; Fed. R.

1

Civ. P. 26(b)(1); *FERC v. Silkman*, No. 1:16-cv-00205-JAW, 2017 WL 6597510, at *6-7 (D. Me. Dec. 26, 2017) (concluding that respondents had not demonstrated relevance in a discovery dispute when they "fail[ed] to develop any substantial connection between their defense and the information they suspect[ed] they might glean in the documents at issue").

Accordingly, Saint Pierre's motion is **DENIED**.

### *NOTICE*

*In accordance with Federal Rule of Civil Procedure 72(a), a party may serve and file an objection to this order within fourteen (14) days after being served with a copy thereof.*

*Failure to file a timely objection shall constitute a waiver of the right to review by the District Court and to any further appeal of this order.*

Dated: September 12, 2022

/s/ Karen Frink Wolf
United States Magistrate Judge