UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| LORRAINE SAINT PIERRE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NFG HOUSING PARTNERS LP, et al )<br>)<br>Defendants ) | CIVIL NO. 2:21-cv-00300-GZS |

## JUDGMENT

In accordance with the Order Granting Summary Judgment entered by U.S. District Judge, George Z. Singal on September 29, 2023,

JUDGMENT is hereby entered for Defendants NFG Housing Partners LP and Preservation Management Inc. and against Plaintiff Lorraine Saint Pierre.

CHRISTA K. BERRY
CLERK

By:   /s/ Lindsey Tully
Deputy Clerk

Dated: September 29, 2023